IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DTR MHP MANAGEMENT, LLC, COLONIAL KITCHEN, LLC, and WATERTREE CAPITAL, INC., | §<br>§<br>§<br>§ | No. 250, 2022 |
| Defendants Below, Appellants, | §<br>§<br>§ | Court Below—Court of Chancery of the State of Delaware |
| v. | §<br>§ | C.A. No: 2020-0365 |
| MHP MANAGEMENT LLC, | §<br>§ | |
| Plaintiff Below, Appellee. | §<br>§ | |

Submitted: January 18, 2023
Decided: January 31, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 31st day of January, 2023, after consideration of the parties' briefs, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its June 21, 2022 Letter Decision.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice